IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LUIS JIMENEZ GONZALES,

        Plaintiff,        2:12-cv-00105-CL

        v.        ORDER

RON MEYERS, et al.,

        Defendants.

AIKEN, District Judge.

    On June 22, 2012, defendants filed a Motion to Dismiss (#26). The motion was taken under advisement by the court on July 30, 2012.

    Plaintiff did not file a response to defendants' motion.

    By Order (#29) the under advisement deadline was re-set as of February 12, 1013. That scheduling order was returned to the court as undeliverable. See (#31) ["Mail returned" - 02/04/2013].

1 - ORDER

Pursuant to Local Rule 83.10, a party not represented by counsel has a "continuing duty to notify, the clerk's office whenever they change their mailing address or telephone number." When mail from the court to a party cannot be delivered due to the lack of a current address, and the failure continues for sixty (60) days, the court may dismiss the action. Local Rule 83.12.

Plaintiff has not contacted the court since he filed a notice of change of address on April 5, 2012.

Defendants' unopposed Motion to Dismiss (#26) is allowed. This action is dismissed for failure to comply with the requirement of LR 83.10 and failure to prosecute.

The Clerk is directed to enter a judgment of dismissal with prejudice.

IT IS SO ORDERED.

*Any appeal from this order or judgment of dismissal would be frivolous and not taken in good faith.*

DATED this 18 day of March, 2013.

Ann Aiken
United States District Judge

2 - ORDER